UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Casley K. Bailey, Plaintiff**

v.

**City of Boston, et al., Defendants**

Civil Action No. 1:25-cv-11068-LTS

**MOTION FOR PACER FEE EXEMPTION**

Plaintiff moves for an order exempting him from PACER fees in this case. The Court has granted Plaintiff leave to proceed in forma pauperis under 28 U.S.C. § 1915. Plaintiff lacks the financial ability to pay electronic access charges. PACER access is necessary for Plaintiff to review filings, respond to motions, and comply with deadlines.

Plaintiff is also briefing a related matter before the United States Court of Appeals for the First Circuit. Effective participation in both proceedings requires the ability to track filings in this case. Plaintiff experiences post-concussive cognitive symptoms that impair recall, making electronic docket access essential for managing the litigation.

Federal courts have discretion to exempt litigants from PACER fees when necessary to avoid unreasonable burdens and when electronic access is required for effective participation. See Electronic Public Access Fee Schedule, paragraph 8, adopted under *28 U.S.C. sections 1913 and 1914.* Courts recognize that exemptions are appropriate when a litigant demonstrates financial

hardship and need. See *In re Application for Exemption from Electronic Public Access Fees*, 728 F.3d 103, 113 (D.C. Cir. 2013).

Plaintiff meets the criteria.

The Court has certified financial hardship.

Plaintiff proceeds pro se and requires docket access to meet obligations.

The exemption requested is narrow and limited to this case.

**Relief Requested**

Plaintiff requests an order stating:

The Clerk shall exempt Plaintiff from PACER fees for all docket activity in Case No. 1:25-cv-11068-LTS for the duration of this case.

**Respectfully submitted**

**Casley K. Bailey**

19 Union St

North Easton MA 02356

Whatisdueprocess@gmail.com

December 9, 2025

**PROPOSED ORDER**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**Casley K. Bailey, Plaintiff**

**v.**

**City of Boston, et al., Defendants**

**Civil Action No. 1:25-cv-11068-LTS**

**ORDER**

Upon consideration of Plaintiff's Motion for PACER Fee Exemption, and for good cause shown, it is hereby ordered:

The Clerk shall exempt Plaintiff from PACER fees for all docket activity in Case No. 1:25-cv-11068-LTS for the duration of this case.

So ordered.

District Judge

Date