**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


<u>**Casley Bailey,**</u>

         Plaintiff,

       V.

                        CIVIL ACTION NO. <u>1:25-11068-LTS</u>

<u>**City of Boston et al.,**</u>

         Defendants.


**<u>ORDER OF DISMISSAL</u>**


<u>Sorokin, D. J.</u>


     In accordance with the Court's MEMORANDUM AND ORDER, Dkt. No. 108, dated <u>July 7, 2026,</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                       By the Court,


<u>7/7/2026  </u>                    <u>/s/ Flaviana de Oliveira </u>
   Date                          Deputy Clerk