# United States Court of Appeals
## For the First Circuit

---

No. 26-1896

CASLEY BAILEY,

Plaintiff - Appellant,

v.

CITY OF BOSTON; MASSACHUSETTS CIVIL SERVICE COMMISSION; RICHARD FRANCIS, Deputy Chief, individually and in the official capacity; DR. JONATHAN HOLDER, individually and in the official capacity; IAFF LOCAL 718; SAM DILLON, individually and in the official capacity as President of IAFF Local 718; IAFF DISTRICT 3; JAY COLBERT; PROFESSIONAL FIRE FIGHTERS OF MASSACHUSETTS; LEAH BARRAULT; LEROY HEYWARD,

Defendants - Appellees,

MASSACHUSETTS DEPARTMENT OF LABOR RELATIONS; BOSTON FIRE DEPARTMENT; PAUL F. BURKE, Fire Commissioner, in the official capacity; BATOOL RAZA, individually and in the official capacity; JOHN AND JANE DOES 1-10,

Defendants.

---

**JUDGMENT**

Entered: November 24, 2026
Pursuant to 1st Cir. R. 27.0(d)

Plaintiff-appellant Casley Bailey is presently in default for failure to file a brief. The court previously issued notice of default to appellant on October 23, 2026, which warned appellant that failure to file a brief would result in this appeal's dismissal for lack of diligent prosecution. The notice of default extended appellant's deadline to file a brief until November 6, 2026. Appellant has failed to comply and has not requested an extension of time to do so.

Accordingly, it is ordered that the above-captioned appeal be dismissed. See 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Casley Bailey
Jason T. Sutherland
Arjun Kent Jaikumar
Leah Marie Barrault